No. 53632.—F. W. Myers & Co., Inc. *v.* United States, protests 37413–K, etc. (Ogdensburg).

Opinion by Ekwall, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, OCTOBER 18, 1949

No. 53633.—The American Import Co. et al. *v.* United States, protests 117281–K, etc. (El Paso, etc.).

Opinion by Mollison, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

Cole, J., dissented on jurisdictional grounds, citing *Geo. S. Bush & Co., Inc., et al.* v. *United States* (22 Cust. Ct. 158, C. D. 1175), *Fuchs Shoe Corp.* v. *United States* (id. 338, Abstract 53250), and *W. R. Zanes & Co.* v. *United States* (id. 339, Abstract 53251).

No. 53634.—Commodity Credit Corporation et al. *v.* United States, protests 138727–K, etc. (New York).

Opinion by Mollison, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53635.—Schneider Bros. & Co., Inc. *v.* United States, protest 147543–K(B) (New York).

Opinion by Mollison, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, OCTOBER 18, 1949

No. 53636.—Sand & Siman *v.* United States, protest 115162–K (New York).

Opinion by Rao, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim of the plaintiff was therefore sustained.